United State District Court
of
Delaware

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2017 NOV 22 PM 3:50

Wayne Gamble

v.

Dover Delaware Capitol Police

No. 17-1703

Civil right motion

(My Agrument Issue)

My Issue Is That I went to the State Trooper Police building and request my Criminal background and had to pay $52.00 dollar for a Copy of My Criminal background paper and Dover Delaware Capitol Police denied me against the law and they under the State of Delaware Troop 2 Delaware State troopers. Now What is Dover Delaware Capitol police doing Under Troop 2 State trooper building anyway they already trap in Crime and South federal Agents Keep using them against the law Under the United State District Court of Delaware and philadelphia Itlian is helping

nd Philadelphia Itlians and Philadelphia PA tate Capitol police broke the law, and they was still messing with a Innocent man and Philadelphia PA Itlians and Capitol police of Philadelphia Sat and help Dover Delaware Capitol police Change and rewrite my Criminal backgound paper and thats against the law and a Crime, what is this South government and Agents doing on this broken law. We have good people out here and Kids and Washington D.C. government don't Care They Seen the State of Delaware Capitol police and City Police break the law in front of there eyes and the federal Agents time is up, they going against the law 12 years it been going on against the law, with Stolen money from Citizen bank a Crime. /Wayne Hamble